FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 31 2005 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------

LES PLACEMENTS JETON BLEU
(1986), INC. and I.M. CORP.,

            Plaintiffs,      :          96 CV 6140 (JG)

                             :

     – against –

                             :

ISACK ROSENBERG and
ABRAHAM ROSENBERG,

                             :          ORDER

            Defendants.     :

----------------------------------------X

ISACK ROSENBERG and
ABRAHAM ROSENBERG,

                             :

            Plaintiffs,          05 CV 1369 (JG)

                             :

     - against-

                             :

LES PLACEMENTS JETON BLEU
(1986), INC. and I.M. CORP. and
MARCEL ADAMS,                  :

                             :

            Defendants.

----------------------------------------X

The issue of the amount of the bond, if any, to be posted by Isack and Abraham Rosenberg (collectively "the Rosenbergs") having been referred to me by Judge Gleeson by order dated March 21, 2005, and counsel for the parties having agreed on the posting of a bond in the amount of $1,400,000, and an Order dated May 4, 2005 having been entered providing for the posting of a $1,400,000 bond by the Rosenberg in favor of the plaintiffs Les Placements Jeton Bleu (1986) Inc. and I.M. Corp. (collectively "the plaintiffs") to secure the stay of enforcement of the judgment dated July 24, 1998 in 96 CV 6140 in favor of the plaintiffs ("the Judgment") pending the Court's determination of whether the Judgment has heretofore been satisfied in whole or in part, and good cause having been shown for the substitution of the provisions below for the bond requirement;

It is hereby ORDERED that:

1)    on or before 5:00 p.m. on May 9, 2005 the Rosenbergs shall deliver the sum of $1,400,000 in good funds from a New York State bank by official bank check or by wire transfer to a joint interest bearing escrow account to be opened by, and in the name of Ephraim Savitt as attorney and Jack Hassid as attorney (the "Escrow Account");

2)    the Escrow Account shall be opened at the J.P. Morgan Chase Bank located at 40 East 42nd Street, New York, New York;

3)    the proceeds of the Escrow Account shall at all times be subject to the Court's supervision and control and funds shall only be withdrawn pursuant to the Order of this Court;

4)    the interest generated from the Escrow Account shall follow the principal;

5)    this Order shall supersede and replace the Order dated May 4, 2005 by Honorable Robert M. Levy, United States Magistrate Judge;

6)    the funds deposited in the Escrow Account shall serve as security for the stay of enforcement of the Judgment until further Order of the Court.

Dated: Brooklyn, New York
May 6, 2005

SO ORDERED:

s/Robert M. Levy

Honorable Robert M. Levy
United States Magistrate Judge

2

# EPHRAIM SAVITT, ESQ.

### Attorney at Law
260 Madison Avenue, Suite 2200
New York, New York 10016
(212) 679-~~4470~~
1844 FAX

DATE:       5/6/05

TO:         Honorable Robert M Levy

FAX NO.:    718-260-2647

CC:         Jack Hassid, Esq / Issck Rosenberg / Abraham Rosenberg

FAX NO.:    212-421-5086     718-599-3453      718-599-3453

FROM:       Ephraim Savitt, Esq.

FAX NO.:    (212) 679-1844

RE:         Les Placement Jetan Bleu (1986) Inc and I M Corp v
            Issck Rosenberg and Abraham Rosenberg, 96 CV 6140 (JG)
            + Issck Rosenberg + Abraham Rosenberg v. Les Placements
            Jetan Bleu (1986) Inc and I M Corp. and Marcel Adams
            05 CV 1365 (JG)

Total number of pages including cover page  5 .

If you do not receive all of the pages, or find that they are illegible,
please call (212) 679-4470.

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS PRIVILEGED AND
CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL
OR ENTITY NAMED ABOVE.  IF THE READER OF THIS MESSAGE IS NOT THE
INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION,
DISTRIBUTION, OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.
IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US
IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE
ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE.  THANK YOU.